AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAUL YONGO,                                   ) | |
|         Plaintiff,               ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:07-CV-92-F** |
| v.                               ) | |
| ) | |
| HARRIS TEETER, INC.,             ) | |
|         Defendant.             ) | |

_____    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the court concludes that the M&R is correct and in accordance with the law, and therefore ADOPTS the Magistrate Judge's M&R. It is ORDERED that Yongo's Complaint hereby is DISMISSED, and all other pending motions are DENIED as moot.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 7, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Paul Yongo
1420 S. Wilmington St.,
Raleigh, NC 27603


| | |
|---|---|
| November 7, 2007 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |