UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-92-F

| | |
|---|---|
| PAUL YONGO, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HARRIS TEETER, INC., ) | |
| Defendant. ) | |

This matter is before the court on the *pro se* Plaintiff's "Motion to the Court to Amend

Order and Judgment, Motion for New Trial" pursuant to Rules 52(b) and 59 of the Federal Rules

of Civil Procedure. In essence, the *pro se* Plaintiff asks this court to reconsider its November 7,

2007, Order [DE-11], adopting the Memorandum and Recommendation [DE-5] of United States

Magistrate Judge David W. Daniel and dismissing the Complaint. The court has reviewed the

November 7, 2007, Order, and finds it to be in accordance with the law. Therefore, Plaintiff's

Motion [DE-13] is DENIED.

SO ORDERED.

This 13th day of December, 2007.

James C. Fox

JAMES C. FOX
Senior United States District Judge